UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                          CHAPTER 11

ALAN G. FRIEDBERG                                               Case No.

            Debtor.
-------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL RULES OF THIS COURT

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

ALAN G. FRIEDBERG, being duly sworn, deposes and says:

1. I am the individual debtor herein, and as such I am familiar with the facts and circumstances set forth herein.

2. I submit this affidavit in accordance with the Local Rules of this Court in support of my petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

3. There is no pending bankruptcy case against me, and the petition for reorganization is filed as voluntary Chapter 11 case under the Bankruptcy Code.

4. Pursuant to Bankruptcy Rule 1007(d), a list containing the names and addresses of the creditors holding the twenty (20) largest non-disputed, unsecured claims is annexed to the petition as Exhibit 1.

5. My secured creditor(s) are more fully set forth in Schedule D accompanying this petition: None

6. I have been engaged in real estate development and construction since 1979. During this time, I have purchased and constructed numerous properties, including hotels, commercial buildings and residential homes and apartments. Such development and construction has been done either personally or through majority owned affiliated companies, such as 926 Development Corp., Berro Fund LLC and Lodging Construction Corp. to name a few.

7. At this time, I find myself subject to various existing or potential lawsuits and adverse claims that will hamper my ability to pursue future projects without entanglements. Of particular note, I am currently a party to a pending lawsuit filed by Obayashi Corporation seeking to enforce an alleged guaranty for debts that were arguably already paid.

8. Additionally, I was an investor in a California construction company known as Peck/Jones Construction Corporation ("Peck/Jones"). In 2005, Peck/Jones became subject to insolvency proceedings in California. As a result of the bankruptcy, I will be unable to recoup loans and expenses of more than $2.6 million, but potentially could be involved in litigation emanating from that bankruptcy.

9. Cognizant of these matters, I have opted to seek Chapter 11 relief on my own in the goal of centralizing all outstanding claims and litigation so as to be in a position to properly quantify the scope of my outstanding actual debt. Thereafter, I intend to provide legitimate creditors with allowed claims a fair and reasonable return under a plan of reorganization to be likely financed from outside sources, assuming the amount of allowed debt is at manageable levels.

ALAN G. FRIEDBERG

Sworn to before me this
20th day of January, 2006.

Notary Public

KEVIN J. NASH
Notary Public of the State of New York
No. 02NA5054573
Qualified in Nassau County
Commission Expires January 6, 20 *10*