UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                        CHAPTER 11

ALAN G. FRIEDBERG                                             Case No. 06-10128 (SMB)

                        Debtor.
-----------------------------------------------------------X

## ORDER APPROVING THIRTY-DAY EXTENSION

IT IS HEREBY ORDERED that the debtor's motion is granted./denied.

The debtor has until February ___, 2006 to file a credit counseling

certificate and a copy of any debt repayment plan, if such plan is created as part of

credit counseling.

BY THE COURT.

Dated: January ___, 2006                    _____
                                            United States Bankruptcy Judge

## MEMO ENDORSED

The Application is denied because the debtor has not explained
when he sought credit counseling. The foregoing is without prejudice to
his right to argue that he is not required to undergo or certify credit
counseling.

**SO ORDERED:  1/24/06**

                        s/  **STUART M. BERNSTEIN**
                             **USBJ**