UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                      Chapter 11

ALAN G. FRIEDBERG,                 Case No. 06-10128 (SMB)

                    Debtor.
------------------------------------------------------------x

## **ORDER**

Upon reading and filing the motion (the "Motion") of Obayashi Corporation and Peck/Jones-Obayashi seeking an order vacating the automatic stay to prosecute certain litigation against the Alan G. Friedberg (the 'Debtor") in the California state courts; and upon reading and filing the opposition to the Motion submitted on behalf of the Debtor and one of his unsecured creditors, Greenstreet Financial L.P. and the Motion having come on for a hearing before the undersigned on March 28, 2006, and after hearing the argument of counsel, and based upon the record compiled at the hearing at which time the Court read its decision denying the motion into the record it is hereby

ORDERED, that the motion of Obayashi Corporation and Peck/Jones-Obayashi to vacate the automatic stay, be and the same, is hereby denied.

Dated: New York, New York
      April 11, 2006

                                               **/s/ STUART M. BERNSTEIN**
                                               UNITED STATES BANKRUPTCY JUDGE

H:\kjn\ss\word\Friedberg, Alan - Chapter\Order denying motion to lift stay 3-30-06.doc