ROSEN SLOME MARDER LLP
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York  11553-3622
(516) 227-1600
Attn:  Lon J. Seidman, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
In re

| | |
|---|---|
| ALAN G. FRIEDBERG | Chapter 11 |
| Debtor. | Case No. 06-10128 (SMB) |

------------------------------x

## NOTICE OF CHANGE OF FIRM NAME

**PLEASE TAKE NOTICE** that effective as of March 7, 2006, Allen Matkins Leck Gamble & Mallory LLP has changed its name to:

**Allen Matkins Leck Gamble Mallory & Natsis LLP**

All addresses, telephone and fax numbers remain unchanged.

Attorneys for creditors, Obayashi Corporation and Peck/Jones-Obayashi, request that service of all future pleadings or documents reflect the correct firm name, as follows:

David R. Zaro, Esq.
Jeanne M. Jorgensen, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Telephone: (949) 553-1313
Facsimile: (949) 553-8354
E-Mail: jjorgensen@allenmatkins.com

Dated: Uniondale, New York
May 2, 2006

       ROSEN SLOME MARDER LLP

       By: /s/ Lon J. Seidman
         Adam L. Rosen (AR-5664)
         Lon J. Seidman (LS-0330)

333 Earle Ovington Boulevard,
Suite 901
Uniondale, New York 11553
(516) 227-1600

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, CA 92614-7321
Attn: Jeanne M. Jorgensen
(949) 553-1313

Attorneys for Obayashi Corporation
and Peck/Jones Obayashi

G:\obayashi\lit\notice of name change.doc