http://bankrupt.com/TCR_Public/060123.mbx

**ALAN FRIEDBERG: Case Summary & 6 Largest Unsecured Creditors**

Debtor: Alan G. Friedberg
154 West 77th Street, Apartment 4F
New York, New York 10024

Bankruptcy Case No.: 06-10128

Type of Business: The Debtor is a real estate
developer and consultant.

Chapter 11 Petition Date: January 20, 2006

Court: Southern District of New York (Manhattan)

Debtor's Counsel: Kevin J. Nash, Esq.
Finkel Goldstein Berzow Rosenbloom Nash, LLP
26 Broadway, Suite 711
New York, New York 10004
Tel: (212) 344-2929
Fax: (212) 422-6836

Total Assets: $282,079

Total Debts: $1,841,237

Debtor's 6 Largest Unsecured Creditors:

| Entity | Nature of Claim | Claim Amount |
|---|---|---|
| Robert Berman<br>725 Starlight Road<br>Monticello, NY 12701 | Loan | $600,000 |
| Obayashi USA Construction &<br>Obayashi Joint Venture<br>420 East Third Street, Suite 600<br>Los Angeles, CA 90013 | Trade Debt | $517,145 |
| Greenstreet Financial, LP<br>2051 South Bayshore Drive<br>Suite 800<br>Coconut Grove, FL 33133 | Loan | $510,000 |
| Feldman & Associates Inc.<br>11030 Santa Monica Boulevard<br>Suite 109<br>Los Angeles, CA 90025 | Trade Debt | $97,744 |
| Chase Bank<br>P.O. Box 830210<br>Baltimore, MD 21283-0210 | | $40,000 |
| Manufacturers & Traders<br>Trust Company<br>P.O. Box 767<br>Buffalo, NY 14240 | | $10,000 |

*Honorable Dear Judge Bernstein —
This Gentleman has lied in your court —
Please see next page — don't let him
get away — Thank you —*

He (Alan) Transfered his county home to his childhood friend Jeff Miller at same time as he filed for Chapter 11 — Sure he lied under oath — He & Jeff have terrorized many people — Dear Judge Hope you will not allow him to get away — Thank you —

| Date | SalePrice | Address | Buyer / Seller | Info |
|---|---|---|---|---|
| 05/04 | $450,000 | 105 LK SHORE DR SO Rock Hill | Buyer: Friedberg, Alan<br>Seller: Schultz, Richard & Judith | Acres: 1.96<br>Parcel ID: 52.-1-29<br>School Dist: Monticello<br>Assessment: 55700<br>Class: 1 Fam. Resid. |
| 05/04 | $450,000 | 105 LK SHORE DR SO Rock Hill | Buyer: Friedberg, Alan<br>Seller: Schultz, Richard & Judith | Acres: .36<br>Parcel ID: 52-1-29<br>School Dist: Monticello<br>Assessment: 319000<br>Class: 1 Fam. Resid. |

| Date | SalePrice | Address | Buyer / Seller | Info |
|---|---|---|---|---|
| 01/06 | $463,362 | 105 LAKESHORE DRIVE Rock Hill | Buyer: Miller, Jeffrey F<br>Seller: Friedberg, Alan | Acres: .36<br>Parcel ID: 52.1-1-29<br>School Dist: Monticello<br>Assessment: 408600<br>Class: 1 Fam. Resid. |
| 07/04 | $210,000 | | Buyer: Eisenberg, Zev<br>Seller: Friedberg, George & Florence | Acres: .26<br>Parcel ID: 52J-3-8<br>School Dist: Monticello<br>Assessment: 133500<br>Class: 1 Fam. Resid. |

he also sold his other county home in Wolf Lake for one million dollars —
Please see next page

case # 06-10128