September 9, 2006

Honorable Judge Stuart Bernstein;

Alan Friedberg who has a case of Chapter 11 with your court has lied to you and your court, sir. He filed for this on Jan. 20th 2006 where as in Jan. 6th of 2006 he turned his vacation home in 108 Lake shore drive S. in Rock Hill, NY to his childhood friend Jeff Miller and has been transferring monies to his checking account to repair the house and now the house is for sale for $976.000.00. *East rd.*
In Sept. 2005 he also sold his other vacation home in Wolf lake #32 for 1.6 Million Dollars with his life Partner William Anderson Wittikind. This Gentleman also holds and interior design firm which we are sure is holding the assets. The company is called Rock Hill Interiors, LLC located in 238 Rock Hill Drive.
Honorable Judge, please do not let him get away, he has lied in your court under oath and he owes much monies to many other local people. Please stop him.
Thank you very much

A citizen

Their assets (money)'s are in Community Bank Monticello, Mr. Wittikind pays Alan's bills —> accident 2728 as well as transfering money to Jeff Miller account in Rock Hill branch of Community Bank to renovate the house on 108 Lake Sh. d. S.



RECEIVED
SEP 14 2006
U.S. BANKRUPTCY COURT, SDNY
SMB

| 05/03 | $ 345,000 | 32 EAST ROAD | Buyer: Wittekind, William A | Acres: .43<br>Parcel ID: 61.-4-6<br>School Dist:<br> Monticello |
|---|---|---|---|---|
| 9/05 sold it fr 1.6 M | | | Seller: Roth, David S | Assessment: 215000<br>Class : 1 Fam. Resid. |

ALAN FRIEDBERG: Case Summary & 6 Largest Unsecured Creditors
----

Debtor: Alan G. Friedberg
        154 West 77th Street, Apartment 4F
        New York, New York 10024

Bankruptcy Case No.: 06-10128

Type of Business: The Debtor is a real estate
                  developer and consultant.

Chapter 11 Petition Date: January 20, 2006

Court: Southern District of New York (Manhattan)

Debtor's Counsel: Kevin J. Nash, Esq.
                  Finkel Goldstein Berzow Rosenbloom Nash, LLP
                  26 Broadway, Suite 711
                  New York, New York 10004
                  Tel: (212) 344-2929
                  Fax: (212) 422-6836

Total Assets: $282,079

Total Debts: $1,841,237

Debtor's 6 Largest Unsecured Creditors:

| Entity | Nature of Claim | Claim Amount |
|---|---|---|
| Robert Berman<br>725 Starlight Road<br>Monticello, NY 12701 | Loan | $600,000 |
| Obayashi USA Construction &<br>Obayashi Joint Venture<br>420 East Third Street, Suite 600<br>Los Angeles, CA 90013 | Trade Debt | $517,145 |
| Greenstreet Financial, LP<br>2061 South Bayshore Drive<br>Suite 800<br>Coconut Grove, FL 33133 | Loan | $510,000 |
| Feldman & Associates Inc.<br>11030 Santa Monica Boulevard<br>Suite 109<br>Los Angeles, CA 90025 | Trade Debt | $97,744 |
| Chase Bank<br>P.O. Box 830210<br>Baltimore, MD 21283-0210 | | $40,000 |
| Manufacturers & Traders<br>Trust Company<br>P.O. Box 767<br>Buffalo, NY 14240 | | $10,000 |

| Date | SalePrice | Address | Buyer / Seller | Info |
|---|---|---|---|---|
| 05/04 | $ 450,000 | 108 LK SHORE DR SO Rock Hill | Buyer: Friedberg, Alan<br>Seller: Schultz, Richard & Judith | Acres: 1.96<br>Parcel ID: 52.-1-29<br>School Dist: Monticello<br>Assessment: 55700<br>Class : 1 Fam. Resid. |
| 05/04 | $ 450,000 | 108 LK SHORE DR SO Rock Hill | Buyer: Friedberg, Alan<br>Seller: Schultz, Richard & Judith | Acres: .36<br>Parcel ID: 52-1-29<br>School Dist: Monticello<br>Assessment: 319000<br>Class : 1 Fam. Resid. |

| Date | SalePrice | Address | Buyer / Seller | Info |
|---|---|---|---|---|
| 01/06 | $ 483,362 | 108 LAKESHORE DRIVE Rock Hill | Buyer: Miller, Jeffrey F<br>Seller: Friedberg, Alan | Acres: .36<br>Parcel ID: 52.I-1-29<br>School Dist: Monticello<br>Assessment: 408600<br>Class : 1 Fam. Resid. |
| 07/04 | $ 210,000 | | Buyer: Eisenberg, Zev<br>Seller: Friedberg, George & Florence | Acres: .26<br>Parcel ID: 52J-3-6<br>School Dist: Monticello<br>Assessment: 133500<br>Class : 1 Fam. Resid. |