OOOPS!!!!! Is the best answer Alan Friedberg could come up with? after he lied to the court and claims he forgot to disclose the $460.000.00 sale of the property only 6 days before his filing for bankruptcy in Manhattan court, so no one in Sullivan County would know about it? He thinks everyone here is dumb and stupid.
I hope the Honorable Judge will ask to see the 2-3 year tax returns of Jeff Miller as to how he was able to pay for this house. He has no profession, no job.
It is amazing also how he denies anything to do with the Wolf Lake house. He most definitely lived there. Andy is his life partner (maybe they had a paper break not to show assets). Alan hosted several parties there and one in particular was an open house tour of the Wolf Lake July 2005. More than 15 ladies attended and can swear under Oath what they saw. Alan served snacks and beverages, gave the personal tour as to how he and Andy built the house. the marble heated bathroom floor, the state of the art computerized system which was put in the house and the final detail came when he showed a coffee table book , showing a magnificent property 926 5th Avenue in Manhattan as theirs which they renovated it.
Alan also stayed or lived with Andy all summer of 2006 in their home in the Hampton. They have a ring cycle here in Sullivan County, he and his buddies who felt like they can do anything and get away with everything.
We hope that the Honorable Judge will not allow this shady individual get away with his plans. He owes many more people in this town. Funny how he lists the first debt to his best friend who is the most unlike and shady charachter of all Robert Berman.
He had borrowed 1.2 M from a Chinese Attorney and signed the Motel he owned in Rock Hill to this man's name. Alan has a lot of money, just knows how to hide it.
OOOPS at least he got caught on the lie for the 108 Lake Shore Dr. S.
He and Jeff Miller are in this cover-up together.

There is Justice in USA

